```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HERBERT WASHINGTON,                     :
                         Petitioner,    :      07 Civ. 7773
                                        :      (DLC)(RLE)
           -v-                          :
                                        :      ORDER OF
LAWRENCE SPEARS, SUPERINTENDENT, and    :      REFERENCE TO A
DIVISION OF PAROLE, NEW YORK STATE,     :      MAGISTRATE JUDGE
                         Respondents.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

_X_ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

_____

   SO ORDERED:

Dated:    New York, New York
          January 22, 2008

                                        _____
                                             DENISE COTE
                                        United States District Judge

Copy sent to:

Herbert Washington
DIN 88-A-2845
Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, NY 12953