



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

March 19, 2008

**VIA HAND DELIVERY**

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007



RECEIVED
MAR 20 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

Re: Herbert Washington v. Lawrence Spears,
07 Civ. 7773 (DLC)(RLE)

Your Honor:

I am writing to request an extension of time until April 18, 2008, to complete the Attorney General's response to the habeas corpus petition in the above-referenced matter. By Order dated January 22, 2008, the Attorney General's Office was ordered to file its response by March 21, 2008. However, after filing three habeas responses in the month of February, I was out of the office in the early part of March due to scheduled vacation and illness. I completed another habeas response last week and I am in the midst of preparing another habeas response that I must file next week. As a result, I need additional time to fully respond to petitioner's claims in this case. I, therefore respectfully request an extension of time until April 18, 2008 to file a response. I have not contacted petitioner regarding this extension because he is incarcerated and appearing pro se. This is my first request for an extension.

I thank the Court for its consideration to this matter.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

SO ORDERED
_/s/_ 3-20-08
MAGISTRATE JUDGE RONALD L. ELLIS

120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

cc:  Herbert Washington
     88-A-2845
     Franklin Correctional Facility
     Bare Hill Road, P.O. Box 10
     Malone, New York 12953-0010

120 BROADWAY, NEW YORK N.Y. 10271 · PHONE (212) 416-8750 · FAX (212) 416-8026 * NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US