USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBERT WASHINGTON,

               Plaintiff,

- against -

LAWRENCE SEARS,

               Defendant.

ORDER

07 Civ. 7773 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following petitioner Herbert Washington's correspondence with the Court,

**IT IS HEREBY ORDERED THAT** Washington file any response to Respondent's Opposition Brief by **June 13, 2008.**

**SO ORDERED this 27th day of May 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge